## Samuel E. Peters v. Philip Christa.

*Heard and Decided May 4.*

Appeal in Chancery, from Wayne Circuit.

The bill in this cause was filed for the purpose of dissolving a partnership, and having an account taken.

It was dismissed on the hearing.

*Ward & Palmer*, for complainant.

*B. T. Prentiss*, for defendant.

This case rests entirely upon the facts. The decree of the court below, dismissing the bill of complaint was affirmed, with costs.

---

## Tobias Shurtz v. John Palmer and Another.

*Heard April 28.   Decided May 4.*

Appeal in Chancery, from Branch Circuit.

The bill in this cause was filed for the purpose of declaring a certain deed void, and a decree was granted in favor of complainant, with a modification of the relief prayed for.

*H. H. Riley* and *Geo. A. Coe*, for complainant.

*D. Darwin Hughes*, for defendant.

The court, after reviewing the evidence, decided that the decree should be affirmed, with costs.